1
2
3
4
5
6               UNITED STATES DISTRICT COURT
7               CENTRAL DISTRICT OF CALIFORNIA
8                    WESTERN DIVISION
9

10  IAN THOMAS,                    )   No. CV 07-6393 SJO (FFM)
                                   )
11              Petitioner,        )
                                   )   JUDGMENT
12       v.                        )
                                   )
13  LINDA SANDERS,                 )
                                   )
14              Respondent.        )
                                   )
15  _____)

16       Pursuant to the Order Adopting Findings, Conclusions and Recommendations of

17  United States Magistrate Judge,

18       IT IS ADJUDGED that the Petition is dismissed with prejudice.

19

20  DATED: January 26, 2009

21

22                                              /S/  S. James Otero

23                                              S. JAMES OTERO
24                                              United States District Judge

25
26
27
28